```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :    CONSENT ORDER OF
                                          FORFEITURE
        -v.-                         :
                                          10 Cr. 461 (LAP)
DJIEDJOM WILSON,                     :
     a/k/a "Aboubacar Saidou,"       :

                Defendant.           :

- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/11

        WHEREAS, on or about May 26, 2010, DJIEDJOM WILSON, a/k/a "Aboubacar Saidou" (the "defendant"), was charged in a one-count Indictment, 10 Cr. 461 (LAP) (the "Indictment"), with conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349;

        WHEREAS, the Indictment included a forfeiture allegation providing notice that, as a result of the offenses alleged in Count One of the Indictment, the defendant shall forfeit, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting or derived from proceeds obtained directly or indirectly as a result of the offense charged in Count One of the Indictment;

        WHEREAS, on or about January 18, 2011, the defendant pled guilty to Count One of the Indictment pursuant to a plea agreement with the Government;

        WHEREAS, under the terms of the plea agreement, the defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States a sum of money equal to $14,713.45 in United States currency,

representing the amount of proceeds obtained directly or indirectly as a result of the offense charged in Count One of the Indictment; and

WHEREAS, the defendant consents to a money judgment in the amount of $14,713.45 in United States currency, representing property constituting or derived from proceeds obtained directly or indirectly as a result of the offense alleged in Count One of the Indictment;

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, United States of America, by its attorney Preet Bharara, United States Attorney, Assistant United States Attorney Alvin Bragg, of counsel, and the defendant, and his counsel, Mitchell Dinnerstein, Esq. that:

1. As a result of the offense charged in Count One of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $14,713.45 in United States currency shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, this Consent Order of Forfeiture shall be final as to the defendant, DJIEDJOM WILSON, a/k/a "Aboubacar Saidou," upon entry of this order, and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4.  All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Department of the Treasury" and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

5.  The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

6.  The Clerk of the Court shall forward three certified copies of this Consent Order of Forfeiture to Assistant United States Attorney Sharon Cohen Levin, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

7. The signature pages of this order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____          1/18/11
    Alvin Bragg                               DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-1085

DEFENDANT

By: _____          1/18/11
    DJIEDJOM WILSON                           DATE

By: _____          1/18/11
    Mitchell Dinnerstein, Esq.                DATE
    Attorney for Defendant
    350 Broadway, Suite 700
    New York, NY 10013
    (212) 925-0793

SO ORDERED:

_____              1/18/11
HONORABLE LORETTA A. PRESKA                   DATE
UNITED STATES DISTRICT JUDGE

4