*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 1, 2012

**BY FAX**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/12
```

Re:  **United States v. Djiedjom Wilson, 10 Cr. 461 (LAP)**

Dear Judge Preska:

The Government writes, on behalf of both parties, to respectfully request that the Court adjourn the violation of supervised release ("VOSR") hearing currently scheduled for October 3, 2012 in the above-captioned matter.

By way of background, Djiedjom Wilson, the defendant, was charged in 21 specifications with various violations of his supervised release stemming from, among other things, his use of marijuana and at least five arrests in Connecticut for selling and possessing drugs including crack cocaine. The defendant was arrested on a federal warrant in Connecticut in September, and ultimately appeared in the Southern District of New York before Magistrate Judge James L. Cott on or about September 18, 2012. He was ordered detained on consent of the parties, and a preliminary hearing was set for October 5, 2012.

In light of the preliminary hearing date, Your Honor set the VOSR hearing for October 3, 2012. On or about September 29, 2012, Mitchell Dinnerstein, defense counsel for the defendant, advised the Government by email that the defendant had agreed to waive his preliminary hearing. In addition, the parties have begun plea negotiations regarding a possible disposition of the case. Accordingly, the parties now respectfully request that the October 3, 2012 VOSR hearing be adjourned to a date that is convenient for the Court, in order to allow the parties to continue their plea negotiations. Both parties are available on December 10, 2012, which we understand may be a convenient date for the Court.

*The October 3 conference is adjourned to December 10 at 10:30 a.m.*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
James J. Pastore, Jr.
Assistant United States Attorney
(212) 637-2418

SO ORDERED
*Loretta A. Preska*
*October 3, 2012*

cc: Mitchell J. Dinnerstein, Esq.