USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/12

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES                       :    10 Crim. 461 (LAP)
                                    :
     v.                             :    ORDER
                                    :
DJIEDJOM WILSON,                    :
                                    :
                    Defendant.      :
                                    :
------------------------------------X
```

LORETTA A. PRESKA, Chief United States District Judge:

    The Government's motion to correct the judgment for clerical error is granted.

SO ORDERED.

Dated:    New York, New York
           October 10, 2012

                                        *Loretta A. Preska*
                                      UNITED STATES DISTRICT JUDGE