```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-27-12
```

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2012

**VIA FACSIMILE**

The Honorable Loretta A. Preska
Chief Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RECEIVED**

--- / 2012

LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
S.D.N.Y.

Re: **United States v. Djiedjom Wilson,
10 Cr. 461-02 (LAP)**

Dear Judge Preska:

We are currently scheduled to appear before Your Honor on a VOSR hearing in the above-referenced case on December 18, 2012. After discussions with newly-appointed defense counsel, Steven Witzel, the parties jointly request an adjournment of the hearing date in order to permit the parties to continue discussions regarding a possible disposition of this case. The Government informed your Chambers of the adjournment last week, and we now follow up with this letter. In light of the ongoing discussions, we propose to contact Chambers in mid-January to schedule a new hearing date, if one remains necessary.

*[Handwritten: Counsel and the defendant shall appear on January 3, 2013 at 10:00 am]*

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
Tatiana R. Martins
Assistant United States Attorney
(212) 637-2215

*[Signed: Loretta A. Preska]*
*December 21, 2012*

cc: Steven Witzel, Esq.

1